**RYAN M. ANDERSON, ESQ.**
Nevada Bar No. 11040
**KIMBALL JONES, ESQ.**
Nevada Bar No. 12982
**MORRIS ANDERSON**
716 S. Jones Blvd.
Las Vegas, Nevada 89106
Phone: (702) 333-1111
Fax: (702) 507-0092
*Attorneys for Plaintiff Pedro Carrillo*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PEDRO CARRILLO,<br><br>                Plaintiff,<br><br>v.<br><br>LOIS MARIE LONG, UHAUL CO. OF ARIZONA, DOE OWNER, I-V, DOE DRIVER, I-V, ROE COMPANY, I-V,<br><br>                Defendants. | CASE NO: 2:15-cv-01615-GMN-GWF |

**STIPULATION AND ORDER TO STAY DEFENDANT U-HAUL CO. OF ARIZONA'S MOTION FOR SUMMARY JUDGMENT, EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANT U-HAUL CO. OF ARIZONA'S MOTION FOR SUMMARY JUDGMENT AND VACATE DEPOSITIONS OF OFFICER L. YOUNG, BADGE #1485 AND PERSON MOST KNOWLEDGEABLE OF DEFENDANT U-HAUL CO. OF ARIZONA**

     IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, PEDRO CARRILLO, by and through his counsels, RYAN M. ANDERSON, ESQ., and KIMBALL JONES, ESQ., of MORRIS ANDERSON LAW and Defendants LOIS MARIE LONG and UHAUL CO. OF ARIZONA., by and through their attorney KYM SAMUEL CUSHING, ESQ., and RAYMOND MCKAY, ESQ., of the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP, to the terms of this stipulations as follows:

1. That Defendant U-HAUL CO. OF ARIZONA's Motion for Summary Judgment filed on February 16, 2016 [Document 19] be stayed until after Mediation on March 24, 2016, in hopes of amicably resolving the matter in good faith;

2. That Plaintiff's deadline of March 10, 2016, to respond to Defendant U-HAUL CO. OF ARIZONA's Motion for Summary Judgment filed on February 16, 2016 [Document 19] is hereby extended accordingly until after Mediation on April 1, 2016, in hopes of amicably resolving the matter in good faith;

3. That the deposition of Officer L. Young, Badge #1485, currently noticed for March 15, 2016, at 1:00 pm, be vacated and Plaintiff reserves the right to re-notice this deposition for after Mediation on March 24, 2016;

4. That the deposition of the Person Most Knowledgeable of Defendant U-Haul Co. of Arizona, currently noticed for March 17, 2016, at 10:00 am, be vacated and Plaintiff reserves the right to re-notice this deposition for after Mediation on March 24, 2016.

## ORDER

IT IS SO ORDERED.

Dated this __15__ day of __March__, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE